UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MERYL R. COHN,<br>       Plaintiff,<br><br>    v.<br><br>GLOBE NEWSPAPER COMPANY, INC., et al.,<br>       Defendants. | CIVIL ACTION<br>NO. 04-11452-RGS |

**DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER**

  Defendants Globe Newspaper Company, Inc., The New York Times Company, and Millie Downing, hereby move for an extension of time up to and including August 9, 2004 within which to answer or otherwise respond to plaintiff's complaint.

  As grounds for this motion, defendants state that the extension is requested to provide the parties with additional time to attempt to resolve this action, which was filed on June 24, 2004. As further grounds, defendants state that the plaintiff has assented to the relief requested herein.

  WHEREFORE, defendants respectfully request that the time within which they must answer or otherwise respond to plaintiff's complaint be extended up to an including August 9, 2004.

LITDOCS:561765.1

GLOBE NEWSPAPER COMPANY, INC.,
THE NEW YORK TIMES COMPANY, and
MILLIE DOWNING,

By their attorneys,

_____
Jonathan M. Albano
BBO# 013850
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000


OF COUNSEL:

_____
Jordan LaVine
Akin Gump Strauss Hauer & Feld LLP
2005 Market Street, Suite 2200
Philadelphia, PA  19103
215.965.1247


Dated:  July 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on July 23, 2004.

_____
Jonathan M. Albano

-2-