UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MERYL R. COHN,<br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GLOBE NEWSPAPER COMPANY, INC., et al.,<br>　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 04-11452-RGS |

### DEFENDANTS' ASSENTED-TO MOTION FOR A FURTHER EXTENSION OF TIME TO ANSWER

Defendants Globe Newspaper Company, Inc., The New York Times Company, and Millie Downing, hereby move, with the assent of the plaintiff, for a further extension of time up to and including September 13, 2004 within which to answer or otherwise respond to plaintiff's complaint.

As grounds for this motion, defendants state that the Court previously granted extensions of time until August 23, 2004 within which to answer or otherwise respond to the complaint in order to provide the parties with time to attempt to resolve this action, which was filed on June 24, 2004. The parties continue to make substantial progress towards a settlement and are optimistic about the prospects of achieving a settlement within the period of time requested in this motion. As further grounds, defendants state that the plaintiff has assented to the relief requested herein.

LITDOCS:561765.1

WHEREFORE, defendants respectfully request that the time within which they must answer or otherwise respond to plaintiff's complaint be extended up to an including September 13, 2004.

GLOBE NEWSPAPER COMPANY, INC., THE NEW YORK TIMES COMPANY, and MILLIE DOWNING,

By their attorneys,

_____
Jonathan M. Albano
BBO# 013850
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

OF COUNSEL:

_____
Jordan LaVine
Akin Gump Strauss Hauer & Feld LLP
2005 Market Street, Suite 2200
Philadelphia, PA 19103
215.965.1247

Dated: August 19, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on August 19, 2004.

_____
Jonathan M. Albano

-2-