UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERYL R. COHN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GLOBE NEWSPAPER COMPANY, INC.<br>D/B/A THE BOSTON GLOBE<br>THE NEW YORK TIMES COMPANY, and<br>MILLIE DOWNING,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 04-11452-RGS |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, through its attorneys, hereby dismisses the above-numbered Complaint, without prejudice and without costs.

Dated: September 13, 2004

_____
Thomas A. Turano (BBO #552168)
Deborah J. Peckham (BBO #564865)
Deborah S. Birnbach (BBO #628243)
TESTA, HURWITZ & THIBEAULT, LLP
High Street Tower
125 High Street
Boston, MA 02110
Telephone: (617) 248-7000
Facsimile: (617) 248-7100

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Notice of Dismissal was served by facsimile and overnight mail, upon counsel for the Defendants, Jordan A. LaVine, Esq., Akin Gump Strauss Hauer & Feld LLP, Once Commerce Square, 2005 Market Street, Suite 2200, Philadelphia, PA 19103-7013, this 13th day of September 2004.

_____
Deborah J. Peckham

3092434-1